1

JS-6

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  Vincent W. Shack,                   CV 19-02494 PA (SPx)

12               Plaintiff,             JUDGMENT

13          v.

14  NBC Universal Media, LLC et al.,

15               Defendants.

16

17

18       Pursuant to the Court's April 29, 2020 Order dismissing Plaintiff's First Amended

19  Complaint without leave to amend,

20       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

21  dismissed with prejudice in its entirety.

22       IT IS SO ORDERED.

23

24  DATED: April 30, 2020         _____

25                                       Percy Anderson
                                   UNITED STATES DISTRICT JUDGE

26

27

28