# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-02494 PA (SPx) | Date | June 17, 2020 |
|---|---|---|---|
| Title | Vincent W. Shack v. NBC Universal Media, LLC et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS ORDER

The Court has received Plaintiff Vincent Shack's Motion to Request Remand to State Court (Docket No. 113). This motion was filed after the Court had entered a final judgment in this action. Therefore, the motion is denied as moot. This matter is closed.

IT IS SO ORDERED.